NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACY JENSON,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5126

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-313, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Tracy Jenson moves for leave to proceed in forma pauperis. The court treats Jenson's submission as a response to the August 30, 2012 order dismissing this appeal for failure to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The August 30, 2012 dismissal order is vacated, the appeal is reinstated, and the mandate is recalled.

(3) The United States should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

SEP 2 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Tracy Jenson
     Michelle Milberg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK